UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J & G SALES, LTD. and FOOTHILLS FIREARMS, LLC,** )<br>)<br>)<br>**Plaintiffs,** )<br>**v.** )<br>)<br>)<br>**KENNETH MELSON, Acting Director,** )<br>**Bureau of Alcohol, Tobacco, Firearms** )<br>**& Explosives, in his official capacity,** )<br>)<br>**Defendant.** )<br>_____ ) | **Civil Action No. 1:11-cv-01402-BAH** |

## LOCAL RULE 40.5 NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(b)(3), Defendant hereby notifies the Court that this case is related to the case captioned as National Shooting Sports Foundation, Inc. v. Kenneth Melson, Civil Action No. 1:11-cv-01401-RMC (D.D.C.) (the complaint for which is attached as Ex. A).  Plaintiff in National Shooting Sports Foundation is asserting claims essentially identical to those asserted here – namely, that the demand letter sent by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in July 2011 to federally-licensed firearms dealers in four States (California, Arizona, New Mexico, and Texas) allegedly exceeds ATF's statutory authority under the Gun Control Act of 1968, 18 U.S.C. § 921 et seq.[1]  Accordingly, the two cases involve common issues of fact, and grow out of the same event or transaction, and constitute "related cases" under the definition provided in Local Civil Rule 40.5(a)(3).

---

[1] Defendant also respectfully notifies the Court that counsel in the present case have filed a second lawsuit in the District of New Mexico, Ron Peterson Firearms, LLC v. Kenneth Melson, Civil Action No. 1:11-cv-00678, and a third lawsuit in the Western District of Texas, 10 Ring Precision, Inc. v. Kenneth Melson, Civil Action No. 5:11-cv-0063-XR, asserting essentially the same claims as those asserted in the present case against Defendant.

Dated: August 10, 2011                                    Respectfully submitted,

                                                          TONY WEST
                                                          Assistant Attorney General

                                                          RONALD MACHEN
                                                          United States Attorney


                                                          /s/ Daniel Riess
                                                          SANDRA M. SCHRAIBMAN
                                                          Assistant Director
                                                          DANIEL RIESS (Texas Bar)
                                                          JESSICA LEINWAND (New York Bar)
                                                          LESLEY FARBY (D.C. Bar No. 495625)
                                                          Trial Attorneys
                                                          U.S. Department of Justice
                                                          Civil Division, Rm. 6122
                                                          20 Massachusetts Avenue, NW
                                                          Washington, D.C. 20530
                                                          Telephone: (202) 353-3098
                                                          Fax: (202) 616-8460
                                                          Email: Daniel.Riess@usdoj.gov
                                                          *Attorneys for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2011, I caused the foregoing document to be served via electronic case filing.


                                                          /s/ Daniel Riess
                                                          Daniel Riess