# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J&G SALES, LTD, et al.

          Plaintiff           Civil No.      11-1402 (JEB)

vs.

KENNETH MELSON, Acting Director Bureau    Category    E
of Alcohol, Tobacco, Firearms & Explosives

          Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Aug 17, 2011 from Judge Beryl A. Howell to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case related to 11cv1401)

                                        JUDGE ELLEN S. HUVELLE
                                        Chair, Calendar and Case
                                        Management Committee

cc:    Judge Beryl A. Howell                & Courtroom Deputy

       Judge Rosemary M. Collyer        & Courtroom Deputy
       Liaison, Calendar and Case Management Committee