UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH MELSON, Acting Director, )<br>Bureau of Alcohol, Tobacco, Firearms & )<br>Explosives, )<br>)<br>Defendant. ) | Civil Action No. 11-1401 (RMC)<br>(consolidated with 11-1402) |

**ORDER CONSOLIDATING CASES**

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court has determined that there are common issues of law and fact that necessitate the consolidation of *The National Shooting Sports Found., Inc. v. Melson*, Civil Case No. 11-1401 and *J & G Sales, Ltd. v. Melson*, Civil Case No. 11-1402. Accordingly, it is hereby

**ORDERED** that Civil Case Number 11-1401 and Civil Case Number 11-1402 are hereby **CONSOLIDATED**; and it is

**FURTHER ORDERED** that the Clerk's Office shall **CLOSE** Civil Case Number 11-1402 and **TRANSFER** the parties in that case to the earlier case, Civil Case Number 11-1402; and it is

**FURTHER ORDERED** that from this date forward all pleadings shall be filed *only* in the earlier case, Civil Case Number 11-1401. The parties are advised not to elect to "spread text" when filing on ECF, as this will result in repetitive and redundant docketing and emails.

Date: August 18, 2011                              /s/
                                   ROSEMARY M. COLLYER
                                   United States District Judge